IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 9 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

ROBERT A. PRICE,                    §
                                    §
          Plaintiff,                §
                                    §
VS.                                 §    NO. 4:07-CV-213-A
                                    §
MICHAEL J. ASTRUE,                  §
COMMISSIONER OF SOCIAL              §
SECURITY,                           §
                                    §
          Defendant.                §

ORDER

Came on for consideration the above-captioned action wherein
Robert A. Price is plaintiff and Michael J. Astrue, Commissioner
of Social Security, is defendant. This is an action for judicial
review of a final decision of the Commissioner denying
plaintiff's claim for disability insurance benefits under Title
II of the Social Security Act and supplemental security income
benefits under Title XVI of the Social Security Act. On April 4,
2008, the United States Magistrate Judge issued his proposed
findings, conclusions, and recommendation and granted the parties
until April 25, 2008, in which to file and serve objections.
Because timely objections have not been filed, the court accepts
the proposed findings, conclusions, and recommendation of the
United States Magistrate Judge. Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability insurance benefits or supplemental security income benefits be, and is hereby, affirmed.

SIGNED April 29, 2008.

_____
JOHN McBRYDE
United States District Judge